1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

| | | |
|---|---|---|
| WILBERT J. ODEN, | ) | No. C 05-0183 JSW (PR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **EXTENSION OF TIME TO** |
| | ) | **SERVE OPPOSITION AND** |
| A. A. LAMARQUE and APPEALS | ) | **DENYING PLAINTIFF'S** |
| COORDINATOR RUISI, | ) | **MOTION TO COMPEL;** |
| | ) | **INSTRUCTIONS TO CLERK** |
| Defendants. | ) | |
| _____ | ) | **(Docket no. 13)** |

15        Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison, has

16   filed this civil rights action pursuant to 42 U.S.C. § 1983.  The Court issued an order of

17   service on March 14, 2005 (docket no. 4).  Defendants filed a motion to dismiss on July

18   12, 2005 (docket no. 10).  On July 19, 2005, Plaintiff filed an opposition to the motion to

19   dismiss, and requested that the Court make copies of the opposition and mail a copy to

20   Defendants.  Plaintiff's request is DENIED, as it is Plaintiff's responsibility to prosecute

21   this case.  The Court will not serve the Defendants; however, Plaintiff is provided

22   another opportunity to serve his opposition to the motion to dismiss within **thirty (30)**

23   **days** of the date of this order.

24        Plaintiff may request copies of documents from the Court at a charge of fifty cents

25   ($.50) per page by completing and complying with all requirements of the Court's

26   "Request for Photocopies" form.  Because Plaintiff has been granted *in forma pauperis*

27   status (docket no. 3), the Court will send him copies if he agrees to pay these fees in the

28   same manner in which he is paying the filing fee: in monthly installments deducted from

1  available funds in his prison trust account.  If Plaintiff consents to these terms, he may

2  order the desired copies by returning the appropriate form.  However, Plaintiff remains

3  responsible for serving Defendants with his opposition to the motion to dismiss, as well

4  as any communications with the Court.  Failure to do so may result in the dismissal of

5  this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

6       On September 20, 2005, Plaintiff filed a motion to compel Defendant to file a

7  reply to Plaintiff's opposition.  As Plaintiff has not served his opposition on Defendants,

8  Plaintiff's motion to compel is DENIED (docket no. 13).

9       The Clerk shall provide Plaintiff with a conformed copy of his Declaration to the

10  Court and Opposition to Defendants' Notice of Motion and Motion to Dismiss, filed July

11  19, 2005 (docket no. 11).  The Clerk shall also provide Plaintiff with a "Request for

12  Photocopies" form.

13       IT IS SO ORDERED.

14  DATED: October 24, 2005

15

16                          JEFFREY S. WHITE
                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28